**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**MOHAMMAD HAWAMDEH**

**DOCKET NO. 1:26-cv-00045**
**SECTION P**

**VERSUS**

**JUDGE JAMES D. CAIN, JR.**

**CHIEF COUNSEL USDHS-ICE, ET AL**

**MAGISTRATE JUDGE LEBLANC**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Hawamdeh's petition be **DENIED** and **DISMISSED**.

**THUS DONE AND SIGNED** in chambers this 6th day of April, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE